IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-00338-TUC-JGZ (JR) |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| Marco Antonio Peralta-Vega, | |
| Defendant. | |

Based upon the defendant having pled guilty and having made an admission to facts in support of the plea, and the Court having considered those facts; and

WHEREAS the following firearms and ammunition were transferred or sold to, or deposited with, a third party, or placed beyond the jurisdiction of the court:

| Line # | Asset Description |
|---|---|
| 1 | two Colt .38 caliber handguns |
| 2 | one Ceska Zbrojovka 9 mm handgun |
| 3 | 100 rounds of .50 caliber BMG ammunition |
| 4 | 3,500 rounds of 5.7mm ammunition |
| 5 | 8,000 rounds of 7.62 caliber ammunition |
| 6 | 4,000 rounds of 5.56 caliber ammunition |
| 7 | 6,000 rounds of 2.23 caliber ammunition |

| 8 | 3,100 rounds of .38 Super ammunition |
|---|---|
| 9 | 3,000 rounds of 9mm ammunition |
| 10 | 1,500 rounds of 10mm ammunition |
| 11 | 2,000 rounds of 380 Auto ammunition |
| 12 | 2,000 rounds of 5.45 caliber ammunition |
| 13 | 3,000 rounds of .45 ACP caliber ammunition |
| 14 | 1,000 rounds of .357 caliber ammunition |

(hereinafter "Firearms and Ammunition Not Seized") and represent the property involved in violation of Title 18, United States Code, Section 554(a), the offense for which the defendant pled guilty, and are therefore forfeitable pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), and

WHEREAS, based upon the defendant's plea of guilty, the Court finds that the defendant had an interest in the Firearms and Ammunition Not Seized, and that the government has established the requisite nexus between the property and the offense; and

WHEREAS, based upon defendant's admission of disposing of the Firearms and Ammunition Not Seized, the Court finds that the government has satisfied the requirements of Title 21, United States Code, Section 853(p)(1)(B), that the Firearms and Ammunition Not Seized have been transferred, sold to, or deposited with a third party, or placed beyond the jurisdiction of the court and therefore are no longer available for forfeiture.

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the sum of $21,027.50 in United States currency in the form of a personal money judgment.

IT IS FURTHER ORDERED that as a result of an act or omission of the defendant,

the government may seek forfeiture of any other property, including but not limited to both real and personal property, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), up to the value of the Firearms and Ammunition Not Seized at the time of the offense, that is $21,027.50 in United States currency.

IT IS FURTHER ORDERED pursuant to Fed. R. Crim. P. 32.2(e)(1) that upon the discovery or seizure of any other property of the defendant that may satisfy all or part of the above-listed value, the United States shall motion this Court to amend this Order to include that property.

IT IS FURTHER ORDERED that upon seizure of any property of the defendant to satisfy all or part of the above-listed value, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property and shall publish notice of this as required by law.

IT IS FURTHER ORDERED that any payments to satisfy the $21,027.50 in U.S. currency be mailed to U.S. Marshals Service, Sandra O'Connor Courthouse, #270, Attention: Asset Forfeiture Unit, 401 West Washington Street, SPC-64, Phoenix, Arizona 85003-2159. The check must include the defendant's name and reference case number CR 19-00338-TUC-JGZ.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

Dated this _7th_ day of _May_, 2021.

JENNIFER G. ZIPPS
United States District Judge

*United States of America v. Marco Antonio Peralta-Vega*
*Preliminary Order of Forfeiture Page 3 of 3*