| | |
|---|---|
| GNP Seguros | Av. Cerro de las Torres 395, Col. Campestre Churubusco C.P. 04200, Mexico D.F. Tel. 5227 3999 |

Hospital Report:  Mexico City DF July 16, 2015, 19:58

**Medica Sur (hospital name)**

Dear Sir:

As part of the response process that is followed with each insured / participant, an Opinion is made to helps us assess all those medical and administrative aspects related to their policy / contract. In your particular case, we are very pleased to inform you that the opinion has been favorable, giving the result that is detailed below:

**General Data:**

Patient: RENE PERALTA VEGA
Contracting Party: MARCO ANTONIO PERALTA CARRASCO
Contract No.: 00000041731423 00009
PREMIER 200 TEMPUS
Client Code: 0000973188 0001769864
File: 2009HI000142548 0053384921
Hospital: MEDICA SUR
Doctor: JESUS KAZUO YAMAMOTO FURUSHO
Diagnosis: COLITIS ULCERATIVA INESPECIFICA
Date of admission: 09/07/2015
Physician corresponds to contracted tab:NO
Authorized Budget: $900,000.00
The authorized budget only represents a reference, in case it is exceeded, inform GNP immediately
Expenses Covered By GNP
Hospitalization: a. Standard private room b. Admission package
MEDICAL FEES: EMERGENCY CONSULTATION. (001) JESUS KAZUO YAMAMOTO FURUSHO SURGEON
COLECTOMY, PARTIAL; WITH TERMINAL COLOSTOMY AND DISTAL SEGMENT CLOSURE (HARTMANN OPERATION). (001)
OMAR VERGARA FERNANDEZ SURGEON DOCTOR $ 30,270.00
FIRST ASSISTANT $ 6,054.00
ANESTHESIOLOGIST $ 9,081.00
HOSPITAL CONSULTATION PER DAY (FIRST DAY). (001)
INFECTOLOGY SIERRA MADERO SURGEON DOCTOR $ 1,450.00
HOSPITAL CONSULTATION PER DAY (SUBSEQUENT). (007)
INFECTOLOGY SIERRA MADERO SURGEON DOCTOR $ 8,330.00
PLACEMENT OF CENTRAL VENOUS CATHETER (SUBCLAVIA, JUGULAR, AND ANOTHER VEIN) (EG FOR CENTRAL VENOUS PRESSURE, HYPERFEEDING, HEMODIALYSIS, OR CHIMIOT (001)
ANESTHESIUM DR RAUL GUILLEN SURGERY DOCTOR $ 5,990.00
This letter replaces and invalidates previous authorizations
Valid for 30 days from the date of printing
For any clarification, please call 52 27 33 33/01 800 00 192 00 for the interior of the republic
www.gnp.com.mx

**CERTIFICATION**

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*[signature]*                                           8/9/2021

**GNP SEGUROS**

Av. Cerro de las Torres 395, Col. Campestre Churubusco
C.P. 04200, México D.F. Tel. 5227 3999 www.gnp.com.mx
R.F.C. GNP-921124-4P0

## Reporte Hospitalario

CIUDAD DE MEXICO, DF. A 16 DE JULIO DE 2015 19:58

A:   MEDICA SUR

Estimados Señores:

Como parte del proceso de respuesta que se sigue con cada asegurado / participante, se realiza un Dictamen que nos ayuda a valorar todos aquellos aspectos médicos y administrativos, relacionado con su póliza / contrato. En su caso particular, nos es muy grato informarle que el dictamen ha sido favorable, dando el resultado que a continuación se detalla:

### Datos generales

| | | | |
|---|---|---|---|
| Asegurado / Participante: | RENE PERALTA VEGA | Código del Cliente: | 0000973188 |
| Contratante: | MARCO ANTONIO PERALTA CARRASCO | Código del Cliente: | 0001769864 |
| Póliza / Contrato No: | 00000041731423 | Reclamación: | 2009HI000142548 |
| Versión: | 00009 | Siniestro: | 0053384921 |
| Plan: | PREMIER 200 TEMPUS | Folio: | |

### Datos del padecimiento

| | | | |
|---|---|---|---|
| Hospital: | MEDICA SUR | Fecha de Ingreso: | 09/07/2015 |
| Médico tratante: | JESUS KAZUO YAMAMOTO FURUSHO | Médico corresponde a tabulador contratado: | NO |
| Diagnóstico: | COLITIS ULCERATIVA INESPECIFICA | Presupuesto Autorizado: | $900,000.00 |

El presupuesto autorizado sólo representa una referencia, en caso de que se supere informar de inmediato a GNP

### Gastos cubiertos por GNP

HOSPITALIZACIÓN: HOSPITAL
    a. Habitacion privada estandar
    b. Paquete de admisión

HONORARIOS MÉDICOS:

CONSULTA DE URGENCIAS.(001)
    JESUS KAZUO YAMAMOTO FURUSHO      MEDICO CIRUJANO    $1,450.00

COLECTOMIA, PARCIAL; CON COLOSTOMIA TERMINAL Y CIERRE DEL SEGMENTO DISTAL (OPERACION DE HARTMANN).(001)
    OMAR VERGARA FERNANDEZ      MEDICO CIRUJANO    $30,270.00

     PRIMER AYUDANTE    $6,054.00

     ANESTESIOLOGO    $9,081.00

CONSULTA HOSPITALARIA POR DIA (PRIMER DIA).(001)
    INFECTOLOGIA SIERRA MADERO      MEDICO CIRUJANO    $1,450.00

CONSULTA HOSPITALARIA POR DIA (SUBSECUENTES).(007)
    INFECTOLOGIA SIERRA MADERO      MEDICO CIRUJANO    $8,330.00

COLOCACION DE CATETER VENOSO CENTRAL (SUBCLAVIA, YUGULAR, U OTRA VENA) (P. EJ. PARA PRESION VENOSA CENTRAL, HIPERALIMENTACION, HEMODIALISIS, O QUIMIOT(001)
    ANESTESIO DR RAUL GUILLEN      MEDICO CIRUJANO    $5,990.00

Esta carta sustituye e invalida las autorizaciones anteriores
Válida por 30 días a partir de la fecha de impresión
Para cualquier aclaración, favor de llamar al 52 27 33 33 / 01 800 00 192 00 para el interior de la república

www.gnp.com.mx

Deductible: 0.00 %                                                                           AMOUNT $0.00
Coinsurance: 0.00 %                                                                                    $0.00
Hospital expenses coinsurance: Hospital level coinsurance: 0.00 %
Additional Coinsurance: 0.00 %

Coinsurance expenses outside of
hospital: 0.00%
Personal expenses
Room difference in case the insured / participant requests a higher cost one
Difference in medical fees
Observations to the patient and / or insured / participant:
ONLY EXPENSES RELATED TO THE AUTHORIZED CONDITION ARE COVERED, EXTRA CHARGES OF THE INSURED, NO
REFUNDABLE
THE COMPANY RESERVES THE RIGHT TO WITHDRAW THIS AUTHORIZATION IN THE EVENT OF ANY ADDITIONAL TREATMENT OR SURGERY NOT AUTHORIZED BY GNP DURING THE INSURED / PARTICIPANT'S STAY AT THE HOSPITAL.
Sincerely
Claims Major Medical Expenses and Accidents


This letter replaces and invalidates previous authorizations
Valid for 30 days from the date of printing
For any clarification, please call 52 27 33 33/01 800 00 192 00 for the interior of the republic
www .gnp.com.mx

### CERTIFICATION

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*[signature]*                                                        8/9/2021

| Gastos a cargo del asegurado / participante | | IMPORTE |
|---|---|---|
| Deducible: | | $0.00 |
| Coaseguro : | 0.00 % | $0.00 |
| Coaseguro gastos de hospital: | 0.00 % | |
| Coaseguro nivel hospital: | 0.00 % | |
| Coaseguro Adicional: | 0.00 % | |
| Coaseguro gastos fuera de hospital: | 0.00 % | |
| Gastos personales | | |
| Diferencia de cuarto en caso de que el asegurado / participante solicite uno de costo mayor | | |
| Diferencia de honorarios médicos | | |

**Observaciones al paciente y/o asegurado / participante:**

SOLO SE CUBREN GASTOS RELACIONADOS AL PADECIMIENTO AUTORIZADO , GASTOS EXTRA A CARGO DE ASEGURADO, NO REEMBOLSABLES

**LA COMPAÑÍA SE RESERVA EL DERECHO DE RETIRAR ESTA AUTORIZACIÓN EN CASO DE PRACTICARSE ALGÚN TRATAMIENTO O CIRUGÍA ADICIONAL NO AUTORIZADO POR GNP DURANTE LA ESTANCIA DEL ASEGURADO / PARTICIPANTE EN EL HOSPITAL.**

Atentamente

_____
Siniestros Gastos Médicos Mayores y Accidentes

Esta carta sustituye e invalida las autorizaciones anteriores
Válida por 30 días a partir de la fecha de impresión
Para cualquier aclaración, favor de llamar al 52 27 33 33 / 01 800 00 192 00 para el interior de la república

**www.gnp.com.mx**

GNP Seguros

Av. Cerro de las Torres 395, Col. Campestre Churubusco C.P. 04200, Mexico D.F. Tel. 5227 3999

Hospital Report:                           Mexico City DF July 14, 2015, 14:29

Medica Sur (hospital name)

Dear Sir:

As part of the response process that is followed with each insured / participant, an Opinion is made to helps us assess all those medical and administrative aspects related to their policy / contract. In your particular case, we are very pleased to inform you that the opinion has been favorable, giving the result that is detailed below:

General Data:

Patient: RENE PERALTA VEGA
Contracting Party: MARCO ANTONIO PERALTA CARRASCO
Contract No.: 00000041731423 00009
PREMIER 200 TEMPUS
Client Code: 0000973188 0001769864
File:  2009HI000142548 0053384921
Hospital: MEDICA SUR
Doctor: JESUS KAZUO YAMAMOTO FURUSHO
Diagnosis: COLITIS ULCERATIVA INESPECIFICA
Date of admission: 09/07/2015
Physician corresponds to contracted tab: NO
Authorized Budget: $800,000.00
The authorized budget only represents a reference, in case it is exceeded, inform GNP immediately
Expenses Covered By GNP
Hospitalization: a. Standard private room b. Admission package
MEDICAL FEES: EMERGENCY CONSULTATION. (001) JESUS KAZUO YAMAMOTO FURUSHO SURGEON
MEDICO CIRUJANO $1,450.00
COLECTOMY, PARTIAL; WITH TERMINAL COLOSTOMY AND DISTAL SEGMENT CLOSURE (HARTMANN OPERATION). (001) OMAR VERGARA FERNANDEZ MEDICO CIRUJANO $30,270.00
FIRST ASSISTANT $ 6,054.00
ANESTHESIOLOGIST $ 9,081.00
HOSPITAL CONSULTATION PER DAY (FIRST DAY). (001)
INFECTOLOGY SIERRA MADERO SURGEON DOCTOR $ 1,450.00
HOSPITAL CONSULTATION PER DAY (SUBSEQUENT). (007)
INFECTOLOGY SIERRA MADERO SURGEON DOCTOR $ 8,330.00
PLACEMENT OF CENTRAL VENOUS CATHETER (SUBCLAVIA, JUGULAR, AND ANOTHER VEIN) (EG FOR CENTRAL VENOUS PRESSURE, HYPERFEEDING, HEMODIALYSIS, OR CHIMIOT (001)
ANESTHESIUM DR RAUL GUILLEN SURGERY DOCTOR $ 5,990.00
This letter replaces and invalidates previous authorizations
Valid for 30 days from the date of printing
For any clarification, please call 52 27 33 33/01 800 00 192 00 for the interior of the republic

www.gnp.com.mx

## CERTIFICATION

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*[signature]*   8/9/2021

**GNP**
SEGUROS

Av. Cerro de las Torres 395, Col. Campestre Churubusco
C.P. 04200, México D.F. Tel. 5227 3999 www.gnp.com.mx
R.F.C. GNP-921124-4P0

**Reporte Hospitalario**

**CIUDAD DE MEXICO, DF. A 14 DE JULIO DE 2015 14:29**

A: MEDICA SUR

Estimados Señores:

Como parte del proceso de respuesta que se sigue con cada asegurado / participante, se realiza un Dictamen que nos ayuda a valorar todos aquellos aspectos médicos y administrativos, relacionado con su póliza / contrato. En su caso particular, nos es muy grato informarle que el dictamen ha sido favorable, dando el resultado que a continuación se detalla:

### Datos generales

| | | | |
|---|---|---|---|
| Asegurado / Participante: | RENE PERALTA VEGA | Código del Cliente: | 0000973188 |
| Contratante: | MARCO ANTONIO PERALTA CARRASCO | Código del Cliente: | 0001769864 |
| Póliza / Contrato No: | 00000041731423 | Reclamación: | 2009HI000142548 |
| Versión: | 00009 | Siniestro: | 0053384921 |
| Plan: | PREMIER 200 TEMPUS | Folio: | |

### Datos del padecimiento

| | | | |
|---|---|---|---|
| Hospital: | MEDICA SUR | Fecha de Ingreso: | 09/07/2015 |
| Médico tratante: | JESUS KAZUO YAMAMOTO FURUSHO | Médico corresponde a tabulador contratado: | NO |
| Diagnóstico: | COLITIS ULCERATIVA INESPECIFICA | Presupuesto Autorizado: | $800,000.00 |

El presupuesto autorizado sólo representa una referencia, en caso de que se supere informar de inmediato a GNP

### Gastos cubiertos por GNP

HOSPITALIZACIÓN: HOSPITAL
    a. Habitacion privada estandar
    b. Paquete de admisión

HONORARIOS MÉDICOS:

CONSULTA DE URGENCIAS.(001)
    JESUS KAZUO YAMAMOTO FURUSHO     MEDICO CIRUJANO $1,450.00

COLECTOMIA, PARCIAL; CON COLOSTOMIA TERMINAL Y CIERRE DEL SEGMENTO DISTAL (OPERACION DE HARTMANN).(001)
    OMAR VERGARA FERNANDEZ     MEDICO CIRUJANO $30,270.00

    PRIMER AYUDANTE $6,054.00

    ANESTESIOLOGO $9,081.00

CONSULTA HOSPITALARIA POR DIA (PRIMER DIA).(001)
    INFECTOLOGIA SIERRA MADERO     MEDICO CIRUJANO $1,450.00

CONSULTA HOSPITALARIA POR DIA (SUBSECUENTES).(006)
    INFECTOLOGIA SIERRA MADERO     MEDICO CIRUJANO $7,140.00

COLOCACION DE CATETER VENOSO CENTRAL (SUBCLAVIA, YUGULAR, U OTRA VENA) (P. EJ. PARA PRESION VENOSA CENTRAL, HIPERALIMENTACION, HEMODIALISIS, O QUIMIOT(001)
    ANESTESIO DR RAUL GUILLEN     MEDICO CIRUJANO $5,990.00

Esta carta sustituye e invalida las autorizaciones anteriores
Válida por 30 días a partir de la fecha de impresión
Para cualquier aclaración, favor de llamar al 52 27 33 33 / 01 800 00 192 00 para el interior de la república

**www.gnp.com.mx**

Deductible: 0.00 %                                                                                        AMOUNT $0.00
Coinsurance: 0.00 %                                                                                                    $0.00
Hospital expenses coinsurance: Hospital level coinsurance: 0.00 %
Additional Coinsurance: 0.00 %

Coinsurance expenses outside of
hospital: 0.00%
Personal expenses
Room difference in case the insured / participant requests a higher cost one
Difference in medical fees
Observations to the patient and / or insured / participant:
ONLY EXPENSES RELATED TO THE AUTHORIZED CONDITION ARE COVERED, EXTRA CHARGES OF THE INSURED, NO
REFUNDABLE
THE COMPANY RESERVES THE RIGHT TO WITHDRAW THIS AUTHORIZATION IN THE EVENT OF ANY ADDITIONAL TREATMENT OR SURGERY NOT AUTHORIZED BY GNP DURING THE INSURED / PARTICIPANT'S STAY AT THE HOSPITAL.
Sincerely
Claims Major Medical Expenses and Accidents


This letter replaces and invalidates previous authorizations
Valid for 30 days from the date of printing
For any clarification, please call 52 27 33 33/01 800 00 192 00 for the interior of the republic
www.gnp.com.mx


**CERTIFICATION**

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*[signature]*        8/9/2021

| Gastos a cargo del asegurado / participante | | IMPORTE |
|---|---|---|
| Deducible: | | $0.00 |
| Coaseguro : | 0.00 % | $0.00 |
| Coaseguro gastos de hospital: | 0.00 % | |
| Coaseguro nivel hospital: | 0.00 % | |
| Coaseguro Adicional: | 0.00 % | |
| Coaseguro gastos fuera de hospital: | 0.00 % | |
| Gastos personales | | |
| Diferencia de cuarto en caso de que el asegurado / participante solicite uno de costo mayor | | |
| Diferencia de honorarios médicos | | |

**Observaciones al paciente y/o asegurado / participante:**

SOLO SE CUBREN GASTOS RELACIONADOS AL PADECIMIENTO AUTORIZADO , GASTOS EXTRA A CARGO DE ASEGURADO, NO REEMBOLSABLES

**LA COMPAÑÍA SE RESERVA EL DERECHO DE RETIRAR ESTA AUTORIZACIÓN EN CASO DE PRACTICARSE ALGÚN TRATAMIENTO O CIRUGÍA ADICIONAL NO AUTORIZADO POR GNP DURANTE LA ESTANCIA DEL ASEGURADO / PARTICIPANTE EN EL HOSPITAL.**

Atentamente

_____
Siniestros Gastos Médicos Mayores y Accidentes

Esta carta sustituye e invalida las autorizaciones anteriores
Válida por 30 días a partir de la fecha de impresión
Para cualquier aclaración, favor de llamar al 52 27 33 33 / 01 800 00 192 00 para el interior de la república

**www.gnp.com.mx**

VOLARIS PLANE TICKETS FOR RENE PERALTA VEGA AND ZHENYA JIMENEZ DIAZ

BOARDING
PASS FOR: RENE PERALTA VEGA
DATE: AUGUST 25 ,2016
FROM MEXICO CITY TO HERMOSILLO SONORA
ITINERARY
FLIGHT: Y4 760
BOARDING PASS


BOARDING PASS FOR: ZHENYA JIMENEZ DIAZ
DATE: AUGUST 25 ,2016
FROM MEXICO CITY TO HERMOSILLO SONORA
ITINERARY
FLIGHT: Y4 760
BOARDING PASS


### CERTIFICATION

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*[signature]*       8/9/2021





0036752196

**HMO**

25ago16   SEQ41
**Y4**    **760**



**CONTRASEÑA DE EQUIPAJE**
*BagTag Backup*
**Guardame dentro de tu maleta**
*Keep me inside your bag*





0036752198

**HMO**

25ago16    SEQ42
**Y4**       **760**



**CONTRASEÑA DE EQUIPAJE**
*BagTag Backup*
**Guardame dentro de tu maleta**
*Keep me inside your bag*

Dr. Francisco Javier Prado Fregoso

Profesional Licence 1367142
Endomedical Clinic
Gastroendoscopy -General Surgery

Patient Peralta Vega Rene
Identification            Age 26            Gender M

**Reference Doctor Dr. Francisco Javier Prado Fregoso Reason for the Study Ulcerative colitis**
**Colonoscopy Procedure**
**Instrument CF H180**

**Study Date Jun 14, 2015**
**Assistant Veronica Beltran + Francisco Aguirre Sedaci6n Dormicum 2 mg + Fentanest 100 mcg**

**9 images**

**San Martin 840-4  Tel: 63131 33333**

In the anus there are several fistulous orifices with erythema and moderate edema, on palpation with intense pain.
The instrument is introduced up to the ascending colon, appreciating this, transverse, descending and part of the sigmoid with very severe edema forming polypoid lesions, also true polyps and ulcers of different diameters, dirty, covered with fibrin, the lost vascular pattern as well as the haustrations.
In the rectum there are several large fistulous orifices.

**Diagnostic impression**
**Perianal fistulas ulcerative colitis**
**(signature) Doctor Francisco Javier Prado Fregoso**
**SAN MARTIN 840-4 Tel: 63131 33333**

**CERTIFICATION**

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

*(signature)*            8/9/2021

Case 4:19-cr-00338-JGZ-JR   Document 107-1   Filed 08/10/21   Page 15 of 18

# Dr. Fco Javier Prado Fregoso

Ced. profesional 1367142
Clinica Endomedica
Gastroendoscopia  -  Cirugia general



**Paciente** Peralta Vega Rene

**Identificación**          **Edad** 26          **Sexo** M

**Doctor de Referancia** Dr. Francisco Javier Prado Fregoso

**Motivo del Estudio** Colitis ulcerativa

**Fecha del Estudio** 14-jun-2015

**Procedimiento** Colonoscopia

**Asistente** Veronica Beltran + Francisco Aguirre

**Instrumento** CF H180

**Sedación** Dormicum 2 mg + Fentanest 100 mcg



1 Ascendente    2 Transverso    3 Descendente
4 Sigmoides    5 Sigmoides    6 Ampula rectal
7 Orificio fistuloso    8 Orificios fistulosos    9 Ano

San Martin 840-4    Tel:  63131 33333

En el ano se aprecian varios orificios fistulosos con eritema y edema moderado, a la palpacion con intenso dolor.

Se introduce instrumento hasta colon ascendente apreciandose estes, transverso, descendente y parte de sigmoides con edema muy severo formando lesiones polipoideas, ademas polipos verdaderos y ulceras de diferentes diametro, sucias, cubiertas de fibrina, el patron vascular perdido asi como las haustraciones.

En recto se aprecian varios orificios fistulosos, grandes.

**Impresión Diagnostica**

Fistulas perianales
Anillo de Schatzki.
Colitis Ulcerativa

Dr. Fco Javier Prado Fregoso

**HOSPITAL MEDICA SUR**
**BIDIMENSIONAL ECHOCARDIOGRAPHY AND DOPPLER**                    **MEDICA SUR**

**NAME: RENE PERALTA VEGA**                                       **NO.35939/2**

**Dilation of the left cavities (SIV 9, PP 9, DDVI 52, DSVI 32, Al 57x47x4 l, Volume of the left atrium 62.6 ml). Slight dilation of the right ventricle (RV 43x27x83 mm). Rest of cavities in normal limits (AD**
**49x48, vol 50.2 ml). Indexed mass of! left ventricle IO 1.3 gr / m2SC.**
**Mobility and thickening of the left ventricular walls at rest and without ischemic-provoking maneuvers are normal.**
**Systolic function of the left ventricle with EF of 63% (Biplanar method). Right ventricle function with**
**20 mm TAPSE.**
**Deformation was performed by Speckle tracking method with an overall result of -22% (normal).**
**E / A ratio transmitral flow with conserved flow pattern, E wave I 00, A wave 66.5 deceleration time of E wave**
**261, TRIVI 90. Tissue Doppler with lateral Ea wave of 15.7, Aa wave 4.92 E / ea ratio 6.41**
**Val vu the trivalve aortic with adequate mobility and closure of its leaflets, with a maximum speed of 1.92 m / sec, with**
**maximum gradient of 14. 7 mm Hg mean gradient of I 0.3 mm Hg. Without insufficiency.**
**Pulmonary valve of normal characteristics with a maximum velocity of 1.39 m / sec, with a maximum gradient of 7.7 mmHg and mean gradient 4.9 mm Hg. Without insufficiency.**
**Mitral valve with normal characteristics, with movement and thickening of its normal leaflets. Without insufficiency.**
**Tricuspid valve of normal characteristics, with good mobility of its leaflets with slight insufficiency, IT gradient of 23 mmHg.**
**The estimated maximum pulmonary systolic pressure is 33 mm Hg (inspiratory collapse of the vena cava less than 50%).**
**No masses, thrombi, or shunts were observed by this transthoracic method.**
**Normal pericardium.**
**No pericardial effusion.**
Conclusions

I.-Dilation of the left chambers and the right ventricle, the rest of the chambers in normal limits.
2.-The mobility and thickening of! normal left ventricle.
3.-Systolic function of the left ventricle with EF 63% (Simpson Biplanar). Systemic function of! right ventricle with T APSE 20.
4.-Normal diastolic function.
5.-Mild tricuspid insufficiencies.
6.-Maximum estimated pulmonary systolic pressure of 33 mmHg.
SIGNED Dr. Garcia Graullera. 6525427

(signature)

Puente de Piedra No. 150, Col. Toriello Guerra, Tlalpan •. C.P. 14050 · Mexico, D.F. Tel .: 5424 7200 • Fax: 56061651 • www.med1casur.com.mx

## CERTIFICATION

I, Juliza Molina, am competent to translate from Spanish to English.
I hereby certify that this translation is true and accurate to the best of my ability.

(signature)    8/9/2021



# HOSPITAL MEDICA SUR
## ECOCARDIOGRAFIA BIDIMENSIONAL Y DOPPLER

Nombre: RENE PERALTA VEGA

N° 35939/2

Dilatación de cavidades izquierdas (SIV 9, PP 9, DDVI 52, DSVI 32, AI 57x47x41, Volumen del atrio izquierdo 62.6 ml). Dilatación ligera del ventrículo derecho (VD 43x27x83 mm). Resto de las cavidades en límites normales (AD 49x48, vol 50.2 ml). Masa indexada del ventrículo izquierdo 101.3 gr/m2SC.

La movilidad y el engrosamiento de las paredes del ventrículo izquierdo en reposo y sin maniobras provocadoras de isquemia son normales.

Función sistólica del ventrículo izquierdo con FE de 63% (método Biplanar). Función del ventrículo derecho con TAPSE de 20 mm.
Se realizo deformación por método de Speckle tracking con un resultado global de -22% (normal).

Flujo transmitral con relación E/A con patrón de flujo conservado, onda E 100, onda A 66.5 tiempo de desaceleración de onda E 261, TRIVI 90. Doppler tisular con onda Ea lateral de 15.7, onda Aa 4.92 Relación E/ea 6.41

Válvula aórtica trivalva con adecuada movilidad y cierre de sus valvas, con velocidad máxima de 1.92 m/seg, con gradiente máximo de 14.7 mmHg gradiente medio de 10.3 mmHg. Sin insuficiencia.
Válvula pulmonar de características normales con velocidad máxima de 1.39 m/seg, con gradiente máximo de 7.7 mmHg y gradiente medio 4.9 mmHg. Sin insuficiencia.
Válvula mitral de características normales, con movimiento y engrosamiento de sus valvas normales. Sin insuficiencia.
Válvula tricúspide de características normales, con buena movilidad de sus valvas con insuficiencia ligera, gradiente de IT de 23 mmHg.

La presión sistólica pulmonar máxima estimada es de 33 mmHg (colapso inspiratorio de vena cava menor del 50%).

No se observaron masas, trombos o cortocircuitos por este método transtoracico.

Pericardio normal.
Sin derrame pericárdico.

## Conclusiones
1.-Dilatación de cavidades izquierdas y del ventrículo derecho, resto de las cavidades en límites normales.
2.-La movilidad y engrosamiento del ventrículo izquierdo normales.
3.-Función sistólica del ventrículo izquierdo con FE 63 % (Simpson Biplanar). Función sistólica del ventrículo derecho con TAPSE 20.
4.-Función diastólica normal.
5.-Insuficiencia tricuspidea ligera.
6.-Presión sistólica pulmonar máxima estimada de 33 mmHg.

Firmado: Dr. García Graullera. 6525427

Puente de Piedra No. 150 • Col. Toriello Guerra, Tlalpan • C.P. 14050 • México, D.F.
Tel.: 5424 7200 • Fax: 5606 1651 • www.medicasur.com.mx